# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:09cv360

| | |
|---|---|
| SHARON ARCHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| THE TOWN OF FLETCHER, a ) | |
| municipality organized under ) | |
| the laws of North Carolina, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court *sua sponte* to require the parties to conduct an initial attorneys' conference.

Pursuant to Local Rule 16.1, the parties are required to conduct an initial attorneys' conference within fourteen (14) days of joinder of the issues and to file a certificate of initial attorneys' conference within seven (7) days thereafter. The record reflects that joinder of the issues occurred on November 3, 2009, when the Defendants filed their Answer to the Plaintiff's Complaint.

**IT IS, THEREFORE, ORDERED** that the parties shall conduct an initial attorneys' conference as soon as practicable but no later than **December 31, 2009**, and that the parties shall file a certificate of initial attorneys' conference with the Court no later than **January 7, 2010**.

**IT IS SO ORDERED**.

Signed: December 21, 2009

Martin Reidinger
United States District Judge