IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:09cv360

| | |
|---|---|
| SHARON ARCHER, ) ) Plaintiff, ) ) vs. ) ) THE TOWN OF FLETCHER, ) et al., ) ) Defendants. ) ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

The parties have advised the Court that this matter has been settled through mediation. [Doc. 30]. The parties, however, have yet to file a stipulation of dismissal of this action.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal on or before **August 31, 2010**.

**IT IS SO ORDERED.**

Signed: August 3, 2010

Martin Reidinger
United States District Judge