# United States District Court
# For The Western District of North Carolina
# Asheville Division

Sharon Archer ,

        Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                           1:09-cv-00360

Town of Fletcher et al,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 09/28/2010 Order.

                                        Signed: September 28, 2010

                                        Frank G. Johns, Clerk
                                        United States District Court